UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, INC., d/b/a HOUSING RIGHTS CENTER, INC., a California nonprofit corporation,<br><br>       Plaintiff,<br>  vs.<br><br>PATRICK DE LA TORRE, individually, MONICA REINOSO, individually, and MBVR, LLC, a California limited liability company,<br>       Defendants. | Case No.: CV13-04921-DMG (CWx)<br><br>**ORDER OF DISMISSAL PURSUANT TO ENTRY OF CONSENT DECREE [41]** |

Having reviewed the joint application and certificate of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The proposed consent decree is hereby approved by Court;
2. The clerk is hereby directed to enter the consent decree;
3. This action is hereby dismissed pursuant to the consent decree;

///

4. The Court shall retain jurisdiction solely for purposes of enforcement of the terms of the consent decree;

5. Each party shall bear its own costs.

DATED: April 2, 2014

*/s/ Dolly M. Gee*
DOLLY M. GEE
United States District Judge